UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION ) ) ) ) | Misc. Action No. 06-0507 (ESH)<br>MDL Docket No. 1792 |
| This Document Relates to: ) ALL CASES ) ) | |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, please enter the appearance of Thomas A. Coulter and Megan S. Ben'Ary of the law firm of LeClair Ryan, A Professional Corporation as lead counsel for Defendant Helgeson Enterprises in the above-referenced matter.

Dated: June 27, 2007

                      LeCLAIR RYAN, A Professional Corporation


                      By:_____/s/_____
                                   Counsel

Thomas A. Coulter (D.C. Bar No. 436423)
Riverfront Plaza East Tower
P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003 (telephone)
(804) 783-2294 (facsimile)

Megan S. Ben'Ary (D.C. Bar No. 493415)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007 (telephone)
703-684-8075 (facsimile)

*Counsel for Helgeson Enterprises*